**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

In re:

Case No: 15-21545-CMB

        JOHN F. KOSTELNIK JR. and
        COLLEEN A. KOSTELNIK,

        Debtors

_____

JOHN F. KOSTELNIK JR.
WO-1,                        )      Chapter 13
            Movant       )      Docket # _____50_____
             v.            )
                          )

**CSX Transportation Inc. and**
Ronda J. Winnecour, Trustee,   )
                          )
        Respondents    )
                          )

SSN(1)   xxx-xx-8577

**AMENDED ORDER TO PAY TRUSTEE**
**PURSUANT TO WAGE ATTACHMENT**

     The above-named Debtor, JOHN F. KOSTELNIK JR., having  filed a Chapter 13 Petition and
Debtor having moved to attach wages to fund the Chapter 13 Plan,

     IT IS, THEREFORE, ORDERED that until further Order of this Court, the entity from which the
Movant receives income:

          CSX TRANSPORTATION INC.
          500 WATER STREET
          JACKSONVILLE, FL 32202
          ATTN: PAYROLL/CSX RAIL PAYROLL SERVICES, INC.

shall deduct from said income the sum of **$ 462.00  WEEKLY**  beginning on the next pay day following
receipt of this Order and deduct a similar amount each pay period thereafter, including any period for
which the Movant receives a periodic or lump sum payment as a result of vacation, termination or other
benefits arising out of present or past employment, or from any other benefits payable to the Movant and
shall remit the deducted sums ON AT LEAST A MONTHLY BASIS to:

          RONDA J. WINNECOUR
          CHAPTER 13 TRUSTEE, W.D. PA
          POB 84051
          CHICAGO, IL 60689-4002

IT IS FURTHER ORDERED that the above-named entity shall notify the Trustee if the Movant's income
is terminated and the reason therefore.

IT IS FURTHER ORDERED that all remaining income of the Movant, except the amounts required to be withheld for taxes, social security, insurance, pension, or union dues be paid to the Movant in accordance with usual payment procedures.

IT IS FURTHER ORDERED THAT NO OTHER DEDUCTIONS FOR GARNISHMENT, WAGE ASSIGNMENT, CREDIT UNION OR OTHER PURPOSE NOT SPECIFICALLY AUTHORIZED BY THIS COURT BE MADE FROM THE INCOME OF MOVANT WITH THE EXCEPTION OF ANY SUPPORT PAYMENTS.

**IT IS FURTHER ORDERED that this Order supersedes previous Orders made to the above-named entity in this case.**

IT IS FURTHER ORDERED that the above-named entity shall not charge any fee to the Movant, for the administration of this attachment Order, except as may be allowed upon application to and order of this Court.

IT IS FURTHER ORDERED that the Debtor(s) shall remain responsible for timely making all monthly Plan payments to the Chapter 13 Trustee, either in whole or in part, until such time as the automatic paycheck withdrawals by the employer or other automatic attachments such as automatic bank transfers or welfare checks begin. The first Plan payment is due within thirty (30) days after the Chapter 13 Plan has been filed. Any failure to timely remit full Plan payments to the Trustee may result in the dismissal of the case after notice and hearing. Employers and others who withhold funds and pay them over to the Trustee as ordered herein may be subject to sanctions including damages to Debtor(s) and this estate.

DATED this __18th__ day of _____November_____, 2016.

The Hon. Carlota M. Böhm                    **dmr**

FILED
11/18/16 2:42 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 15-21545-CMB
John F Kostelnik, Jr.                                                     Chapter 13
Colleen A Kostelnik
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: dric          Page 1 of 1          Date Rcvd: Nov 18, 2016
                              Form ID: pdf900     Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 20, 2016.
db/jdb         +John F Kostelnik, Jr.,   Colleen A Kostelnik,   841 Fellsburg Road,
                Belle Vernon, PA 15012-4709

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 20, 2016                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 18, 2016 at the address(es) listed below:
          Andrew F Gornall    on behalf of Creditor    Lakeview Loan Servicing, LLC agornall@goldbecklaw.com,
           bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Paul M. Daniels    on behalf of Debtor John F Kostelnik, Jr. paul@pauldanielslaw.com,
           robert@pauldanielslaw.com;pauldaniels.lawclerk@gmail.com;chris@pauldanielslaw.com
          Paul M. Daniels    on behalf of Joint Debtor Colleen A Kostelnik paul@pauldanielslaw.com,
           robert@pauldanielslaw.com;pauldaniels.lawclerk@gmail.com;chris@pauldanielslaw.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                    TOTAL: 5