## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | |
| JOHN F. KOSTELNIK JR. and COLLEEN A. KOSTELNIK, | Case #: 15-21545-CMB |
| Debtors | Chapter 13 |
| LAKEVIEW LOAN SERVICING LLC, | Related claim: 2 |
| Movant | |
| v. | |
| JOHN F. KOSTELNIK JR. and COLLEEN A. KOSTELNIK Ronda J. Winnecour, Esq., Trustee, | |
| Respondents | |

### DECLARATION THAT PAYMENT IS SUFFICIENT

The undersigned hereby declares that the existing Chapter 13 payment is sufficient to fund the Plan with the modified debt as entered on the Claims Register by the Movant. The new monthly mortgage payment is **$795.26**, effective **JANUARY 1, 2017**.

   /s/ Paul M. Daniels
Paul M. Daniels, Esquire
PA: 25803
2403 Sidney Street
Suite 250B
Pittsburgh, PA 15203
(412) 381-8809
(412) 381-4594 (fax)
paul@pauldanielslaw.com

Date: January 3, 2017