**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| JOHN F KOSTELNIK, JR. | Case No. 15-21545CMB |
| COLLEEN A KOSTELNIK | |
| Debtor(s) | Chapter 13 |
| RONDA J. WINNECOUR, | |
| Standing Chapter 13 Trustee, | |
| Movant | Document No __ |
| vs. | |
| SYNCHRONY BANK++ | |
| Respondents | |

**NOTICE OF FUNDS ON RESERVE**

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

The claimant's mail is being returned as undeliverable. No change of address has been received. The trustee has been informed that the loan may have been sold to PRA Receivables Management. No transfer of claim has been filed.

| | |
|---|---|
| SYNCHRONY BANK++ | Court claim# 11/Trustee CID# 24 |
| C/O RECOVERY MANAGEMENT SYSTEMS CORP | |
| 25 SE 2ND AVE STE 1120 | |
| MIAMI, FL 33131-1605 | |

The Movant further certifies that on 11/28/2017 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc: debtor(s)
　　original creditor
　　putative creditor
　　counsel for debtor(s)
　　counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

| DEBTOR(S):<br>JOHN F KOSTELNIK, JR., COLLEEN A KOSTELNIK, 841 FELLSBURG ROAD, BELLE VERNON, PA  15012 | ORIGINAL CREDITOR:<br>SYNCHRONY BANK++, C/O RECOVERY MANAGEMENT SYSTEMS CORP, 25 SE 2ND AVE STE 1120, MIAMI, FL  33131-1605 |
|---|---|
| :<br>PRA RECEIVABLES MANAGEMENT LLC, ATTN BANKRUPTCY DEPT, 5425 ROBIN HOOD RD STE 201, NORFOLK, VA  23513<br><br>NEW CREDITOR: | DEBTOR'S COUNSEL:<br>CHRISTIAN M RIEGER ESQ, PAUL M DANIELS & ASSOCIATES, 2403 SIDNEY ST STE 214, PITTSBURGH, PA 15203 |