### IN THE UNITED STATES BANKRUPTCY COURT FOR THE
### WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

JOHN F. KOSTELNIK JR. and
COLLEEN A. KOSTELNIK,

    Debtors

_____

LAKEVIEW LOAN SERVICING LLC,

    Movant

    v.

JOHN F. KOSTELNIK JR. and
COLLEEN A. KOSTELNIK
Ronda J. Winnecour, Esq., Trustee,

    Respondents

Case #: 15-21545-CMB

Chapter 13

Related claim: 2
Related doc: 76

### CERTIFICATE OF SERVICE
### DECLARATION RE: NOTICE OF PAYMENT CHANGE

    I certify under penalty pf perjury, that I am and after all times hereinafter mentioned, was more than 18 years of age, and that on the 20th day of September 2018, I served a copy of the Debtor's Declaration Re: Notice of Payment Change upon the following:

Ronda J. Winnecour
Suite 3250 USX Tower
600 Grant Street
Pittsburgh, PA 15219

Office of the U.S. Trustee
Suite 970 Liberty Center
1001 Liberty Avenue
Pittsburgh, PA 15222

James C. Warmbrodt, Esq.
KML Law Group
701 Market Street, Suite 5000
Philadelphia, PA 19106

    /s/ Christian M. Rieger
Christian M. Rieger, Esquire
PA: 307037
2403 Sidney Street
Suite 214
Pittsburgh, PA 15203
(412) 381-8809
(412) 381-4594 (fax)
criegerlaw@gmail.com

Date: September 20, 2018