# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>  JOHN F KOSTELNIK, JR.<br>COLLEEN A KOSTELNIK<br>          Debtor(s)<br>  Ronda J. Winnecour, Trustee<br>      Movant<br>           vs.<br>  JOHN F KOSTELNIK, JR.<br>COLLEEN A KOSTELNIK<br><br>        Respondents | Case No. 15-21545CMB<br><br>Chapter 13<br><br>Document No. 79 |

## ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this __7th__ day of __May__, 2020, it is hereby ORDERED, ADJUDGED, and DECREED that,

Csx Transportation
Attn: Payroll Manager
500 Water St
Jacksonville, FL 32202

is hereby ordered to immediately terminate the attachment of the wages of JOHN F KOSTELNIK, JR., social security number XXX-XX-8577. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of JOHN F KOSTELNIK, JR..

BY THE COURT:

FILED
5/7/20 3:42 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

_Carlota M. Böhm_    dmr
Carlota M. Böhm
Chief United States Bankruptcy Court Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
John F Kostelnik, Jr.  
Colleen A Kostelnik  
    Debtors

Case No. 15-21545-CMB  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: dric     Page 1 of 1     Date Rcvd: May 07, 2020  
                        Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 09, 2020.  
db/jdb         +John F Kostelnik, Jr.,   Colleen A Kostelnik,   841 Fellsburg Road,      Belle Vernon, PA 15012-4709

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                         TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 09, 2020                                                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 7, 2020 at the address(es) listed below:  
          Andrew F Gornall    on behalf of Creditor    Lakeview Loan Servicing, LLC andygornall@latouflawfirm.com  
          Christian M Rieger    on behalf of Debtor John F Kostelnik, Jr. criegerlaw@gmail.com  
          Christian M Rieger    on behalf of Joint Debtor Colleen A Kostelnik criegerlaw@gmail.com  
          James Warmbrodt    on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com  
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
                                                                                                                                                           TOTAL: 6