**SCAN FORM AND ATTACHMENTS**

# RECORD OF FUNDS RECEIVED FOR DEPOSIT

# INTO REGISTRY ACCOUNT

**TO:**      1.  *Intake Clerk* *

            2.  *Case Administrator*

**FROM:**   *Financial Administrator*

**DATE:**   06/09/2020

**CASE NAME:**   Kostelnik

**CASE NUMBER:**   15-21545-CMB

**Check Number** 1159580 **in the amount of $** 2,132.40 **was received this date and placed in an existing registry account of unclaimed funds.**

**Receipt Number:**   16968      **Intake Clerk's Initials**   AA

*   *AFTER CHECK IS ENDORSED THROUGH THE REGISTER, PLEASE FORWARD TO THE APPROPRIATE CASE ADMINISTRATOR.*

*#4b-F*

# OFFICE OF THE CHAPTER 13 TRUSTEE, W.D. PA
## U.S. STEEL TOWER - SUITE 3250
## 600 GRANT STREET
## PITTSBURGH, PA 15219
## TELEPHONE: (412) 471-5566
## FAX: (412) 471-5470
## Email - inquiries@chapter13trusteewdpa.com

**RONDA J. WINNECOUR**
**STANDING TRUSTEE**

06/03/2020

Michael R. Rhodes, Esquire        OR       Michael R. Rhodes, Esquire
Clerk, US Bankruptcy Court              Clerk, US Bankruptcy Court
5414 U.S. Steel Tower                    U.S. Courthouse, Room B160
600 Grant Street                          17 South Park Row
PIttsburgh, PA 15219                 Erie, PA 16501

Re: JOHN F KOSTELNIK, JR.
COLLEEN A KOSTELNIK
Case No: 15-21545CMB

Dear Mr. Rhodes:

    I enclose herein a check which represents unclaimed monies in the Chapter 13 case reference above.
    These funds are owned by the following creditor. The Trustee issued payment to the creditor, in accordance with the Chapter 13 plan. The address shown is based on the Trustee's best and most recent information.

                                 First Niagara Bank++
                                 Pob 514
                                 6950 S Transit Rd
                                 Lockport, NY 14095

CHECK NUMBER 1159580      AMOUNT $2132.40

    The disbursement(s) was returned to the Trustee for the following reason:

BAD ADDRESS

    Therefore, pursuant to Section 347(a) of the Bankruptcy Code, the Trustee hereby pays the funds into Court for disposition in accordance with Chapter 129 of Title 28, U.S.C.

                                 /s/ Susan Legler
                                 Administrative Assistant
                                 for Ronda J. Winnecour, Esq.
                                 Chapter 13 Trustee

CC: CHRISTIAN M RIEGER ESQ**
JOHN F KOSTELNIK, JR.
COLLEEN A KOSTELNIK
First Niagara Bank++