Certificate Number: 15111-PAW-DE-034726373

Bankruptcy Case Number: 15-21545



15111-PAW-DE-034726373

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 31, 2020, at 4:31 o'clock PM EDT, Colleen Ann Kostelnik completed a course on personal financial management given by internet by BE Adviser, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   July 31, 2020                By:   /s/Maan Arriane Vendiola for Ryan McDonough

Name:   Ryan McDonough

Title:   Executive Director of Education