**Form 408**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**John F Kostelnik Jr.
Colleen A Kostelnik**
Debtor(s)

Bankruptcy Case No.: 15−21545−CMB
Related to Doc. No. 86
Chapter: 13
Docket No.: 87 − 86

**ORDER SETTING DATE CERTAIN
FOR RESPONSE AND HEARING ON MOTION**

**AND NOW,** this The 30th of July, 2020, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

**IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 9/14/20.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **10/7/20 at 11:30 AM in Telephone Conference** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Carlota M. Bohm.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **9/14/20.**

Carlota M. Bohm
United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 15-21545-CMB
John F Kostelnik, Jr.                                                   Chapter 13
Colleen A Kostelnik
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: dric              Page 1 of 2              Date Rcvd: Jul 30, 2020
                              Form ID: 408            Total Noticed: 38

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 01, 2020.
db/jdb         +John F Kostelnik, Jr.,    Colleen A Kostelnik,    841 Fellsburg Road,
                 Belle Vernon, PA 15012-4709
14037895      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank Of America,     Attention: Recovery Department,
                 4161 Peidmont Pkwy.,    Greensboro, NC 27410)
14106765       +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
14037896       +Barclays Bank Delaware,    Attn: Bankruptcy,    P.O. Box 8801,   Wilmington, DE 19899-8801
14037897       +Best Buy Credit Services,    PO Box 183195,    Columbus, OH 43218-3195
14073513        CAPITAL ONE, N.A.,    C/O BECKET AND LEE LLP,    POB 3001,   MALVERN, PA 19355-0701
14037917      ++CITIBANK,   PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court: Unvl/citi,    Attn.: Centralized Bankruptcy,    Po Box 20507,
                 Kansas City, MO 64195)
14037901       +Citibank/The Home Depot,    Citicorp Credit Srvs/Centralized Bankrup,    Po Box 790040,
                 Saint Louis, MO 63179-0040
14073442        ECAST SETTLEMENT CORPORATION, ASSIGNEE,     OF CITIBANK, N.A.,   POB 29262,
                 NEW YORK, NY 10087-9262
14061957      ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
               (address filed with court: Ford Motor Credit Company LLC,     P.O. Box 62180,
                 Colorado Springs, CO  80962)
14049153       +Lakeview Loan Servicing, LLC,    M&T BANK,   PO BOX 1288,   Buffalo, NY 14240-1288
14064194       +Midland Credit Management, Inc as agent for,     Midland Funding LLC,    PO Box 2011,
                 Warren, MI 48090-2011
14056866       +Navient Solutions, Inc. on behalf of PHEAA,     P.O. Box 8147,   Harrisburg, PA 17105-8147
14042783       +PNC BANK, N.A.,    PO BOX 94982,    CLEVELAND, OHIO 44101-4982
14037911       +Pnc Bank, N.a.,    1 Financial Pkwy,    Kalamazoo, MI 49009-8002
14037916       +Td Bank Usa/targetcred,    Po Box 673,    Minneapolis, MN 55440-0673

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 31 2020 05:09:22
                 PRA Receivables Management LLC,    POB 41067,   Norfolk, VA 23541-1067
14099889       +E-mail/Text: bncmail@w-legal.com Jul 31 2020 05:04:31     CERASTES, LLC,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
14037898       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 31 2020 05:09:13     Cap1/bstby,
                 PO Box 30253,   Salt Lake City, UT 84130-0253
14037899       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 31 2020 05:09:13     Capital One,
                 Box 30253,   Salt Lake City, UT 84130-0253
14037902       +E-mail/Text: fnb.bk@fnfg.com Jul 31 2020 05:04:51    First Niagara Bank,    1 Hudson City Ctr,
                 Hudson, NY 12534-2355
14081629        E-mail/Text: fnb.bk@fnfg.com Jul 31 2020 05:04:51    First Niagara Bank, N.A.,
                 6950 South Transit Road,    PO Box 514,   Lockport NY  14095-0514
14037904       +E-mail/PDF: gecsedi@recoverycorp.com Jul 31 2020 05:10:53     GECRB/Gap,   Attn: bankruptcy,
                 Po Box 103104,    Roswell, GA 30076-9104
14037905       +E-mail/PDF: gecsedi@recoverycorp.com Jul 31 2020 05:09:00     GECRB/Lowes,
                 Attention: Bankruptcy Department,    Po Box 103104,   Roswell, GA 30076-9104
14037907       +E-mail/PDF: gecsedi@recoverycorp.com Jul 31 2020 05:09:00     GECRB/Walmart,   Attn: Bankruptcy,
                 Po Box 103104,    Roswell, GA 30076-9104
14037900        E-mail/PDF: ais.chase.ebn@americaninfosource.com Jul 31 2020 05:10:58     Chase Card,
                 Po Box 15298,   Wilmington, DE 19850
14037908       +E-mail/Text: bncnotices@becket-lee.com Jul 31 2020 05:03:02     Kohls/capone,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
14037909        E-mail/Text: camanagement@mtb.com Jul 31 2020 05:03:16     M & T Bank,   Attn: Bankruptcy,
                 1100 Wehrle Dr  2nd Floor,    Williamsville, NY 14221
14037910       +E-mail/PDF: pa_dc_claims@navient.com Jul 31 2020 05:10:22     Navient,   Po Box 9500,
                 Wilkes Barre, PA 18773-9500
14083102       +E-mail/PDF: pa_dc_claims@navient.com Jul 31 2020 05:09:27     Navient Solutions Inc.,
                 220 Lasley Ave,   Wilkes-Barre, PA 18706-1430
14104610        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 31 2020 05:10:24
                 Portfolio Recovery Associates, LLC,    POB 12914,   Norfolk VA 23541
14633007        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 31 2020 05:09:25
                 Portfolio Recovery Associates, LLC,    POB 41067,   Norfolk, VA 23541
14037912       +E-mail/PDF: gecsedi@recoverycorp.com Jul 31 2020 05:10:52     Sams Club / GEMB,
                 Attention: Bankruptcy Department,    Po Box 103104,   Roswell, GA 30076-9104
14037913       +E-mail/PDF: gecsedi@recoverycorp.com Jul 31 2020 05:09:01     Syncb/rheemk,   C/o Po Box 965036,
                 Orlando, FL 32896-0001
14037914       +E-mail/PDF: gecsedi@recoverycorp.com Jul 31 2020 05:09:00     Syncb/toysrus,   Po Box 965005,
                 Orlando, FL 32896-5005
14103082        E-mail/PDF: gecsedi@recoverycorp.com Jul 31 2020 05:09:01     Synchrony Bank,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,   Miami FL 33131-1605
14037915       +E-mail/Text: paparalegals@pandf.us Jul 31 2020 05:05:29
                 Synchrony Bank fka GE Capital Retail Ban,    c/o Gregg Morris Esquire,   213 East Main St,
                 Carnegie, PA 15106-2701
14057900       +E-mail/Text: bncmail@w-legal.com Jul 31 2020 05:04:31     TD BANK USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132

```
District/off: 0315-2           User: dric              Page 2 of 2                  Date Rcvd: Jul 30, 2020
                               Form ID: 408            Total Noticed: 38
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
                                                                                                 TOTAL: 22
```

```
                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr                Lakeview Loan Servicing, LLC
cr*              +Navient Solutions, Inc.,    220 Lasley Ave,    Wilkes-Barre, PA 18706-1430
14037903*       ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
                  (address filed with court:  Ford Motor Credit Corporation,    Ford Motor Credit,    Po Box 6275,
                   Dearborn, MI 48121)
14037906*        +GECRB/Lowes,    Attention:  Bankruptcy Department,    Po Box 103104,    Roswell, GA 30076-9104
14633197*       ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                  (address filed with court:  Portfolio Recovery Associates, LLC,    POB 41067,
                   Norfolk, VA 23541)
14633199*       ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                  (address filed with court:  Portfolio Recovery Associates, LLC,    POB 41067,
                   Norfolk, VA 23541)
                                                                                   TOTALS: 1, * 5, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 01, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 30, 2020 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    Lakeview Loan Servicing, LLC
               andygornall@latouflawfirm.com
              Christian M Rieger    on behalf of Debtor John F Kostelnik, Jr. criegerlaw@gmail.com
              Christian M Rieger    on behalf of Joint Debtor Colleen A Kostelnik criegerlaw@gmail.com
              James Warmbrodt    on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                               TOTAL: 6
```