**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>JOHN F KOSTELNIK, JR.<br>COLLEEN A KOSTELNIK<br>Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>Movant<br>vs.<br>No Respondents. | Case No.:15-21545<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

  1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

  2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

  3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

   4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

  **Wherefore**, the Trustee requests that the Court,

  1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
  2. Approve the Trustee's Report of Receipts and Disbursements,
  3. Terminate wage attachments,
  4. Revest property of the estate in the debtor(s), and
  5. Enter a final decree and close this case.

July 29, 2020

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

    1. The case was filed on 04/30/2015 and confirmed on 9/10/15. The case was subsequently    Completed After Confirmation

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 128,860.03 |
| Less Refunds to Debtor | 2,572.29 | |
| TOTAL AMOUNT OF PLAN FUND | | 126,287.74 |
| | | |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 1,860.00 | |
|   Trustee Fee | 5,355.13 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 7,215.13 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   LAKEVIEW LOAN SERVICING LLC<br>    Acct: 5353 | 0.00 | 47,593.43 | 0.00 | 47,593.43 |
|   LAKEVIEW LOAN SERVICING LLC<br>    Acct: 5353 | 69.24 | 69.24 | 0.00 | 69.24 |
|   FORD MOTOR CREDIT COMPANY LLC(*)<br>    Acct: 5546 | 18,755.94 | 18,755.94 | 644.08 | 19,400.02 |
| | | | | 67,062.69 |
| **Priority** | | | | |
|   CHRISTIAN M RIEGER ESQ**<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   JOHN F KOSTELNIK, JR.<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   JOHN F KOSTELNIK, JR.<br>    Acct: | 924.00 | 924.00 | 0.00 | 0.00 |
|   JOHN F KOSTELNIK, JR.<br>    Acct: | 462.00 | 462.00 | 0.00 | 0.00 |
|   JOHN F KOSTELNIK, JR.<br>    Acct: | 1,186.29 | 1,186.29 | 0.00 | 0.00 |
|   CHRISTIAN M RIEGER ESQ**<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   PAUL M DANIELS ESQ**<br>    Acct: | 1,860.00 | 1,860.00 | 0.00 | 0.00 |
|   CHRISTIAN M RIEGER ESQ**<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   CLERK, U S BANKRUPTCY COURT<br>    Acct: XXXXXXXXXXXXXBANK | 2,132.40 | 2,132.40 | 0.00 | 2,132.40 |
|   CLERK, U S BANKRUPTCY COURT<br>    Acct: XXXXXXXXXXBANK | 57.41 | 57.41 | 0.00 | 57.41 |
| | | | | 2,189.81 |
| **Unsecured** | | | | |
|   BANK OF AMERICA NA**<br>    Acct: 1377 | 3,174.15 | 2,311.11 | 0.00 | 2,311.11 |
|   CERASTES LLC | 4,419.00 | 3,217.49 | 0.00 | 3,217.49 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 0802 | | | | |
|   MIDLAND FUNDING LLC | 4,418.69 | 3,217.26 | 0.00 | 3,217.26 |
| Acct: 3152 | | | | |
|   JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4445 | | | | |
|   PRA RECEIVABLES MANAGEMENT LLC - / | 2,399.71 | 1,747.24 | 0.00 | 1,747.24 |
| Acct: 0521 | | | | |
|   FIRST NIAGARA BANK++ | 6,929.26 | 2,912.82 | 0.00 | 2,912.82 |
| Acct: 2292 | | | | |
|   GAP/GE MONEY++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8715 | | | | |
|   PRA RECEIVABLES MANAGEMENT LLC - / | 6,096.05 | 4,438.55 | 0.00 | 4,438.55 |
| Acct: 6977 | | | | |
|   PRA RECEIVABLES MANAGEMENT LLC - / | 5,488.35 | 3,996.09 | 0.00 | 3,996.09 |
| Acct: 7057 | | | | |
|   PRA RECEIVABLES MANAGEMENT LLC - / | 230.84 | 168.07 | 0.00 | 168.07 |
| Acct: 1701 | | | | |
|   CAPITAL ONE NA** | 3,543.60 | 2,580.11 | 0.00 | 2,580.11 |
| Acct: 9623 | | | | |
|   NAVIENT SOLUTIONS INC | 12,795.24 | 9,316.26 | 0.00 | 9,316.26 |
| Acct: 3817 | | | | |
|   PNC BANK NA | 5,355.26 | 3,899.19 | 0.00 | 3,899.19 |
| Acct: 4819 | | | | |
|   PRA RECEIVABLES MANAGEMENT LLC - / | 1,560.98 | 1,136.56 | 0.00 | 1,136.56 |
| Acct: 7854 | | | | |
|   SYNCHRONY BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8237 | | | | |
|   PRA RECEIVABLES MANAGEMENT LLC - / | 1,208.12 | 879.63 | 0.00 | 879.63 |
| Acct: 7525 | | | | |
|   PRA RECEIVABLES MANAGEMENT LLC - / | 5,582.81 | 4,064.86 | 0.00 | 4,064.86 |
| Acct: 8715 | | | | |
|   TD BANK USA NA** | 472.03 | 343.69 | 0.00 | 343.69 |
| Acct: 6490 | | | | |
|   ECAST SETTLEMENT CORP | 7,628.51 | 5,554.34 | 0.00 | 5,554.34 |
| Acct: 3588 | | | | |
|   SYNCHRONY BANK++ | 129.44 | 36.84 | 0.00 | 36.84 |
| Acct: 9774 | | | | |
|   ANDREW F GORNALL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 49,820.11 |
| | | | | |
| TOTAL PAID TO CREDITORS | | | | 119,072.61 |

```
TOTAL CLAIMED
  PRIORITY         2,189.81
  SECURED         18,825.18
  UNSECURED       71,432.04
```

Date: 07/29/2020

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    JOHN F KOSTELNIK, JR.
    COLLEEN A KOSTELNIK
        Debtor(s)

    Ronda J. Winnecour
        Movant
      vs.
    No Repondents.

Case No.:15-21545

Chapter 13

Document No.:

ORDER OF COURT

    AND NOW, this _____day of _____, 20___, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 15-21545-CMB
John F Kostelnik, Jr.                                                   Chapter 13
Colleen A Kostelnik
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: dric              Page 1 of 2              Date Rcvd: Jul 30, 2020
                              Form ID: pdf900         Total Noticed: 38

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 01, 2020.
db/jdb         +John F Kostelnik, Jr.,    Colleen A Kostelnik,    841 Fellsburg Road,
                 Belle Vernon, PA 15012-4709
14037895      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank Of America,    Attention: Recovery Department,
                 4161 Peidmont Pkwy.,    Greensboro, NC 27410)
14106765       +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
14037896       +Barclays Bank Delaware,    Attn: Bankruptcy,    P.O. Box 8801,    Wilmington, DE 19899-8801
14037897       +Best Buy Credit Services,    PO Box 183195,    Columbus, OH 43218-3195
14073513        CAPITAL ONE, N.A.,    C/O BECKET AND LEE LLP,    POB 3001,    MALVERN, PA 19355-0701
14037917      ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court: Unvl/citi,    Attn.: Centralized Bankruptcy,    Po Box 20507,
                 Kansas City, MO 64195)
14037901       +Citibank/The Home Depot,    Citicorp Credit Srvs/Centralized Bankrup,    Po Box 790040,
                 Saint Louis, MO 63179-0040
14073442        ECAST SETTLEMENT CORPORATION, ASSIGNEE,    OF CITIBANK, N.A.,    POB 29262,
                 NEW YORK, NY 10087-9262
14061957      ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
               (address filed with court: Ford Motor Credit Company LLC,    P.O. Box 62180,
                 Colorado Springs, CO  80962)
14049153       +Lakeview Loan Servicing, LLC,    M&T BANK,    PO BOX 1288,    Buffalo, NY 14240-1288
14064194       +Midland Credit Management, Inc as agent for,    Midland Funding LLC,    PO Box 2011,
                 Warren, MI 48090-2011
14056866       +Navient Solutions, Inc. on behalf of PHEAA,     P.O. Box 8147,    Harrisburg, PA 17105-8147
14042783       +PNC BANK, N.A.,    PO BOX 94982,    CLEVELAND, OHIO 44101-4982
14037911       +Pnc Bank, N.a.,    1 Financial Pkwy,    Kalamazoo, MI 49009-8002
14037916       +Td Bank Usa/targetcred,    Po Box 673,    Minneapolis, MN 55440-0673

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 31 2020 05:10:16
                 PRA Receivables Management LLC,    POB 41067,    Norfolk, VA 23541-1067
14099889       +E-mail/Text: bncmail@w-legal.com Jul 31 2020 05:04:31     CERASTES, LLC,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
14037898       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 31 2020 05:09:08     Cap1/bstby,
                 PO Box 30253,    Salt Lake City, UT 84130-0253
14037899       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 31 2020 05:09:08     Capital One,
                 Box 30253,    Salt Lake City, UT 84130-0253
14037902       +E-mail/Text: fnb.bk@fnfg.com Jul 31 2020 05:04:51     First Niagara Bank,    1 Hudson City Ctr,
                 Hudson, NY 12534-2355
14081629        E-mail/Text: fnb.bk@fnfg.com Jul 31 2020 05:04:51     First Niagara Bank, N.A.,
                 6950 South Transit Road,    PO Box 514,    Lockport NY  14095-0514
14037904       +E-mail/PDF: gecsedi@recoverycorp.com Jul 31 2020 05:10:40     GECRB/Gap,    Attn: bankruptcy,
                 Po Box 103104,    Roswell, GA 30076-9104
14037905       +E-mail/PDF: gecsedi@recoverycorp.com Jul 31 2020 05:09:46     GECRB/Lowes,
                 Attention: Bankruptcy Department,    Po Box 103104,    Roswell, GA 30076-9104
14037907       +E-mail/PDF: gecsedi@recoverycorp.com Jul 31 2020 05:10:40     GECRB/Walmart,    Attn: Bankruptcy,
                 Po Box 103104,    Roswell, GA 30076-9104
14037900        E-mail/PDF: ais.chase.ebn@americaninfosource.com Jul 31 2020 05:09:03     Chase Card,
                 Po Box 15298,    Wilmington, DE 19850
14037908       +E-mail/Text: bncnotices@becket-lee.com Jul 31 2020 05:02:57     Kohls/capone,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
14037909        E-mail/Text: camanagement@mtb.com Jul 31 2020 05:03:16     M & T Bank,    Attn: Bankruptcy,
                 1100 Wehrle Dr  2nd Floor,    Williamsville, NY 14221
14037910       +E-mail/PDF: pa_dc_claims@navient.com Jul 31 2020 05:11:18     Navient,    Po Box 9500,
                 Wilkes Barre, PA 18773-9500
14083102       +E-mail/PDF: pa_dc_claims@navient.com Jul 31 2020 05:11:19     Navient Solutions Inc.,
                 220 Lasley Ave,    Wilkes-Barre, PA 18706-1430
14104610        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 31 2020 05:10:12
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
14633007        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 31 2020 05:09:16
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk, VA 23541
14037912       +E-mail/PDF: gecsedi@recoverycorp.com Jul 31 2020 05:09:47     Sams Club / GEMB,
                 Attention: Bankruptcy Department,    Po Box 103104,    Roswell, GA 30076-9104
14037913       +E-mail/PDF: gecsedi@recoverycorp.com Jul 31 2020 05:10:40     Syncb/rheemk,    C/o Po Box 965036,
                 Orlando, FL 32896-0001
14037914       +E-mail/PDF: gecsedi@recoverycorp.com Jul 31 2020 05:09:46     Syncb/toysrus,    Po Box 965005,
                 Orlando, FL 32896-5005
14103082        E-mail/PDF: gecsedi@recoverycorp.com Jul 31 2020 05:09:47     Synchrony Bank,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
14037915       +E-mail/Text: paparalegals@pandf.us Jul 31 2020 05:05:29
                 Synchrony Bank fka GE Capital Retail Ban,    c/o Gregg Morris Esquire,    213 East Main St,
                 Carnegie, PA 15106-2701
14057900       +E-mail/Text: bncmail@w-legal.com Jul 31 2020 05:04:31     TD BANK USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132

```
District/off: 0315-2         User: dric              Page 2 of 2            Date Rcvd: Jul 30, 2020
                             Form ID: pdf900         Total Noticed: 38
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
                                                                                      TOTAL: 22
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Lakeview Loan Servicing, LLC
cr*            +Navient Solutions, Inc.,    220 Lasley Ave,    Wilkes-Barre, PA 18706-1430
14037903*     ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
                (address filed with court: Ford Motor Credit Corporation,    Ford Motor Credit,    Po Box 6275,
                  Dearborn, MI 48121)
14037906*      +GECRB/Lowes,    Attention: Bankruptcy Department,     Po Box 103104,    Roswell, GA 30076-9104
14633197*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                (address filed with court: Portfolio Recovery Associates, LLC,    POB 41067,
                  Norfolk, VA 23541)
14633199*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                (address filed with court: Portfolio Recovery Associates, LLC,    POB 41067,
                  Norfolk, VA 23541)
                                                                              TOTALS: 1, * 5, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 01, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 29, 2020 at the address(es) listed below:
```
              Andrew F Gornall    on behalf of Creditor    Lakeview Loan Servicing, LLC
               andygornall@latouflawfirm.com
              Christian M Rieger    on behalf of Debtor John F Kostelnik, Jr. criegerlaw@gmail.com
              Christian M Rieger    on behalf of Joint Debtor Colleen A Kostelnik criegerlaw@gmail.com
              James Warmbrodt     on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com
              Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                       TOTAL: 6
```