**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    JOHN F KOSTELNIK, JR.
    COLLEEN A KOSTELNIK
        Debtor(s)

    Ronda J. Winnecour
        Movant
        vs.
    No Repondents.

Case No.: 15-21545

Chapter 13

Document No.: 86

**ENTERED BY DEFAULT**

ORDER OF COURT

AND NOW, this 18th day of September, 2020, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

FILED
9/18/20 11:42 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

_Carlota M. Böhm_  dmr
Carlota M. Böhm
Chief United States Bankruptcy Court Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
John F Kostelnik, Jr.  
Colleen A Kostelnik  
    Debtors

Case No. 15-21545-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: nsha     Page 1 of 2     Date Rcvd: Sep 18, 2020  
Form ID: pdf900     Total Noticed: 38

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 20, 2020.

```
db/jdb          +John F Kostelnik, Jr.,    Colleen A Kostelnik,    841 Fellsburg Road,
                 Belle Vernon, PA 15012-4709
14037895       ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court: Bank Of America,    Attention: Recovery Department,
                 4161 Peidmont Pkwy.,    Greensboro, NC 27410)
14106765        +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
14037896        +Barclays Bank Delaware,    Attn: Bankruptcy,    P.O. Box 8801,    Wilmington, DE 19899-8801
14037897        +Best Buy Credit Services,    PO Box 183195,    Columbus, OH 43218-3195
14073513         CAPITAL ONE, N.A.,    C/O BECKET AND LEE LLP,    POB 3001,    MALVERN, PA 19355-0701
14037917       ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                (address filed with court: Unvl/citi,    Attn.: Centralized Bankruptcy,    Po Box 20507,
                 Kansas City, MO 64195)
14037901        +Citibank/The Home Depot,    Citicorp Credit Srvs/Centralized Bankrup,    Po Box 790040,
                 Saint Louis, MO 63179-0040
14073442         ECAST SETTLEMENT CORPORATION, ASSIGNEE,    OF CITIBANK, N.A.,    POB 29262,
                 NEW YORK, NY 10087-9262
14061957       ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
                (address filed with court: Ford Motor Credit Company LLC,    P.O. Box 62180,
                 Colorado Springs, CO  80962)
14049153        +Lakeview Loan Servicing, LLC,    M&T BANK,    PO BOX 1288,    Buffalo, NY 14240-1288
14064194        +Midland Credit Management, Inc as agent for,    Midland Funding LLC,    PO Box 2011,
                 Warren, MI 48090-2011
14056866        +Navient Solutions, Inc. on behalf of PHEAA,    P.O. Box 8147,    Harrisburg, PA 17105-8147
14042783        +PNC BANK, N.A.,    PO BOX 94982,    CLEVELAND, OHIO 44101-4982
14037911        +Pnc Bank, N.a.,    1 Financial Pkwy,    Kalamazoo, MI 49009-8002
14037916        +Td Bank Usa/targetcred,    Po Box 673,    Minneapolis, MN 55440-0673
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
cr              +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 19 2020 04:46:53
                 PRA Receivables Management LLC,    POB 41067,    Norfolk, VA 23541-1067
14099889        +E-mail/Text: bncmail@w-legal.com Sep 19 2020 04:45:00     CERASTES, LLC,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
14037898        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 19 2020 04:46:49     Cap1/bstby,
                 PO Box 30253,    Salt Lake City, UT 84130-0253
14037899        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 19 2020 04:47:36     Capital One,
                 Box 30253,    Salt Lake City, UT 84130-0253
14037902        +E-mail/Text: fnb.bk@fnfg.com Sep 19 2020 04:45:10     First Niagara Bank,    1 Hudson City Ctr,
                 Hudson, NY 12534-2355
14081629         E-mail/Text: fnb.bk@fnfg.com Sep 19 2020 04:45:10     First Niagara Bank, N.A.,
                 6950 South Transit Road,    PO Box 514,    Lockport NY  14095-0514
14037904        +E-mail/PDF: gecsedi@recoverycorp.com Sep 19 2020 04:46:44     GECRB/Gap,    Attn: bankruptcy,
                 Po Box 103104,    Roswell, GA 30076-9104
14037905        +E-mail/PDF: gecsedi@recoverycorp.com Sep 19 2020 04:46:50     GECRB/Lowes,
                 Attention: Bankruptcy Department,    Po Box 103104,    Roswell, GA 30076-9104
14037907        +E-mail/PDF: gecsedi@recoverycorp.com Sep 19 2020 04:47:31     GECRB/Walmart,    Attn: Bankruptcy,
                 Po Box 103104,    Roswell, GA 30076-9104
14037900         E-mail/PDF: ais.chase.ebn@americaninfosource.com Sep 19 2020 04:46:45     Chase Card,
                 Po Box 15298,    Wilmington, DE 19850
14037908        +E-mail/Text: PBNCNotifications@peritusservices.com Sep 19 2020 04:44:10     Kohls/capone,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
14037909         E-mail/Text: camanagement@mtb.com Sep 19 2020 04:44:21     M & T Bank,    Attn: Bankruptcy,
                 1100 Wehrle Dr  2nd Floor,    Williamsville, NY 14221
14037910        +E-mail/PDF: pa_dc_claims@navient.com Sep 19 2020 04:46:08     Navient,    Po Box 9500,
                 Wilkes Barre, PA 18773-9500
14083102        +E-mail/PDF: pa_dc_claims@navient.com Sep 19 2020 04:47:39     Navient Solutions Inc.,
                 220 Lasley Ave,    Wilkes-Barre, PA 18706-1430
14104610         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 19 2020 04:47:40
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
14633007         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 19 2020 04:47:41
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk, VA 23541
14037912        +E-mail/PDF: gecsedi@recoverycorp.com Sep 19 2020 04:46:45     Sams Club / GEMB,
                 Attention: Bankruptcy Department,    Po Box 103104,    Roswell, GA 30076-9104
14037913        +E-mail/PDF: gecsedi@recoverycorp.com Sep 19 2020 04:46:47     Syncb/rheemk,    C/o Po Box 965036,
                 Orlando, FL 32896-0001
14037914        +E-mail/PDF: gecsedi@recoverycorp.com Sep 19 2020 04:46:45     Syncb/toysrus,    Po Box 965005,
                 Orlando, FL 32896-5005
14103082         E-mail/PDF: gecsedi@recoverycorp.com Sep 19 2020 04:46:01     Synchrony Bank,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
14037915        +E-mail/Text: paparalegals@pandf.us Sep 19 2020 04:45:28
                 Synchrony Bank fka GE Capital Retail Ban,    c/o Gregg Morris Esquire,    213 East Main St,
                 Carnegie, PA 15106-2701
14057900        +E-mail/Text: bncmail@w-legal.com Sep 19 2020 04:45:00     TD BANK USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
```

```
District/off: 0315-2                User: nsha                   Page 2 of 2                       Date Rcvd: Sep 18, 2020
                                    Form ID: pdf900              Total Noticed: 38
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
                                                                                                                   TOTAL: 22

                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Lakeview Loan Servicing, LLC
cr*            +Navient Solutions, Inc.,    220 Lasley Ave,    Wilkes-Barre, PA 18706-1430
14037903*     ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
                 (address filed with court: Ford Motor Credit Corporation,    Ford Motor Credit,    Po Box 6275,
                  Dearborn, MI 48121)
14037906*      +GECRB/Lowes,    Attention: Bankruptcy Department,    Po Box 103104,    Roswell, GA 30076-9104
14633197*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                 (address filed with court: Portfolio Recovery Associates, LLC,    POB 41067,
                  Norfolk, VA 23541)
14633199*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                 (address filed with court: Portfolio Recovery Associates, LLC,    POB 41067,
                  Norfolk, VA 23541)
                                                                                   TOTALS: 1, * 5, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 18, 2020 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    Lakeview Loan Servicing, LLC
               andygornall@latouflawfirm.com
              Brian Nicholas    on behalf of Creditor    Lakeview Loan Servicing, LLC bnicholas@kmllawgroup.com
              Christian M Rieger    on behalf of Debtor John F Kostelnik, Jr. criegerlaw@gmail.com
              Christian M Rieger    on behalf of Joint Debtor Colleen A Kostelnik criegerlaw@gmail.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 6
```